# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE FRANCISCO BRAVO-ROSAS,<br><br>Defendant | Case No.: 12-cr-05132-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information as to this defendant in the above entitled case be dismissed, without prejudice.

IT IS SO ORDERED.

Dated:  July 22, 2015

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge